**Order entered August 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00801-CV

### JAY SANDON COOPER, Appellant

### V.

### JUDGE PAUL MCNULTY, Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-01611-2015**

## ORDER

Appellant has filed a "plea to the jurisdiction and request to realign the parties," asking the Court to determine whether it has jurisdiction over his appeal from the trial court's purported May 18, 2015 order of dismissal and the trial court's June 25, 2015 order declaring him a vexatious litigant. So that the Court may determine its jurisdiction, the Court **ORDERS** appellant to file, no later than September 1, 2015, a letter brief addressing the Court's jurisdiction. The Court further **ORDERS** appellee to file a response no later than September 11, 2015. If either party relies on information not before this Court, that party must obtain a supplemental clerk's record from the trial court containing that information. The parties are cautioned that no extensions will be granted.

In light of this order, we **SUSPEND** the (1) August 24, 2015 deadline for appellant to pay, or make arrangements to pay, for the clerk's and reporter's records; and (2) August 31, 2015 deadline for appellant to file written verification he has paid or made arrangements to pay for the record.


/s/     CRAIG STODDART
            JUSTICE